# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>MATTHEW MONTALVO (AKA: Unknown)<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:22-mj-00082<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 4/15/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| | 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| | 40 U.S.C. § 5104(e)(D) - Disorderly Conduct in a Capitol Building, |
| | 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jesuel Cortes, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___04/15/2022___

*Judge's signature*

City and state: ___Washington, D.C.___   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*