UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 1:22-CR-146 |
| : | |
| MATTHEW MONTALVO, : | |
| : | |
| *Defendant.* : | |
| _____/ | |

**UNOPPOSED MOTION TO WITHDRAW D.E. #20**
**(DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELASE BY ALLOWING HIS WIFE TO KEEP HER FIREARM IN THEIR RESIDENCE)**

**COMES NOW** the Defendant, **MATTHEW MONTALVO**, by and through his undersigned counsel and hereby files this Motion to Withdraw Docket Entry #20 filed on June 21, 2022. In support of this request, Mr. Montalvo states the following reasons:

1. On June 21, 2022, the Defendant filed a Motion to Amend Conditions of Release [D.E. 20] asking the Court to allow his wife to keep her lawfully owned firearm in their residence.

2. Undersigned has conferred with Assistant United States Attorney, Jason M. Crawford, to ascertain his position to this motion. Mr. Crawford does not have an objection to the requested relief.

**WHEREFORE**, Mr. Montalvo asks this Honorable Court to consider the reasons listed above and enter an Order allowing the Defendant to withdraw docket entry #20 filed on June 21, 2022.

Respectfully submitted,

**Law Offices of Aubrey Webb, P.A.**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Office: (786) 953-8655
aubrey@aqwattorney.com

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this **17th day of August 2022,** I electronically filed the foregoing document with Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

By:   */s/Aubrey Q. Webb*
AUBREY Q. WEBB, ESQ.
Florida Bar No.: 622915