UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-CR-146 (RDM) |
| | : | |
| MATTHEW MONTALVO, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The parties respectfully submit the following joint status report in compliance with the Court's Minute Order of July 21, 2022. Since the July 21, 2022 status conference, the Government has substantially completed the production of case-specific discovery and the parties have begun plea discussions. The parties have conferred and respectfully propose that a status conference be set in 30 days with the possibility of converting the status conference into a change of plea hearing if the parties are able to reach agreement on terms and finalize a plea agreement in advance of the status conference.

The parties further request that the Court make a finding that it is in the interests of justice that the time between September 6, 2022 and the next status date be excluded from the Speedy Trial Act calculation.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Jason M Crawford*
Jason M. Crawford
Trial Attorney
Detailed to the D.C. U.S. Attorney's Office
DC Bar No. 1015493
175 N St. NE
Washington, D.C. 20002
(202) 598-1099
Jason.M.Crawford@usdoj.gov

*Counsel for the United States*

By:  /s/ *Aubrey Q. Webb*
Aubrey Q. Webb
55 Merrick Way, Suite 212
Coral Gables, FL 33134
305-461-1116
Email: breywebb@yahoo.com

*Counsel for Defendant*